UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22449-CIV-LENARD/WHITE

**LEOPOLD JULMICE**,

       Plaintiff,

vs.

**ATTORNEY JOSEPH GEORGE et al.,**

       Defendants.
_____/

<u>**ORDER OF DISMISSAL**</u>

       **THIS CAUSE** is before the Court on the Report of the Magistrate Judge ("Report," D.E. 4), issued on September 12, 2008, which recommends that Plaintiff's Complaint (D.E. 1) be dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. To date, Plaintiff has not filed any objections to the Report. After an independent review of the Report and record, it is hereby:

       **ORDERED AND ADJUDGED** that:

       1.    The Report of the Magistrate Judge (D.E. 4) is **ADOPTED**.

       2.    For the reasons stated in the Report of the Magistrate Judge, the Complaint (D.E. 1) is **DISMISSED.**

       3.    All other pending motions not otherwise ruled upon are **DENIED as moot.**

       4.    This case is **CLOSED**.

       **DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of October, 2008.

                                                 **JOAN A. LENARD**
                                                 **UNITED STATES DISTRICT JUDGE**